## Potter *against* Benniss.

ON *certiorari.* The present defendant in error, brought an action, before a justice of the peace, against the plaintiff in error, for money had and received to the use of the plaintiff, in order to recover back so much money, which had been assessed by the commissioners of the highways, against the defendant, and collected by the present plaintiff, who was an overseer of the highways, pursuant to the statute.

*Per Curiam.* An action for money had and received, will not lie against the overseer of the highways, in such a case. If any suit can be sustained, it must be an action on the case, *quasi ex delicto.* It would be inconvenient and vexatious, to permit public officers to be sued before a justice in this way, without any specific charge of mal-conduct.

·Judgment reversed.

*An action for money had and received, will not lie against an* overseer of the highway, *to recover back money collected by him of the plaintiff under an assessment by the commissioners of highways, pursuant to the statute.*